

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00662-CV

**MEDFIN MANAGER, LLC** and Joel Clapick,
Appellants

v.

Robert M. **STONE** and Raymond S. DeLeon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17804
Honorable Laura Salinas, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of dismissal is REVERSED. We REMAND this cause to the trial court for further proceedings consistent with this opinion. We tax costs of court for this appeal against the party that incurred them.

SIGNED August 26, 2020.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

---

[1] The Honorable Karen Pozza is the presiding judge of the 407th Judicial District Court. The Honorable Laura Salinas signed the order of dismissal at issue in this appeal.